# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: SCOTT M. HOLPER,  
Attorney at Law, Bar No. 9587.

Case No.: 2:17-ms-000101

**ORDER OF SUSPENSION**

On November 06, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt. The Order to Show Cause provided Mr. Holper with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Holper. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Scott M. Holper, Nevada State Bar No. 9587, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this 16 day of February, 2018.

_____  
Gloria M. Navarro, Chief Judge  
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  20th  day of February, 2018, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Scott M. Holper
    c/o Joshua L. Tomsheck, Esq.
    Hofland & Tomsheck
    228 S. Fourth Street, 1st Floor
    Las Vegas, NV 89101

Certified Mail No.:   7016 2140 0000 1723 4987

    /s/ Michael Zadina
    Deputy Clerk
    United States District Court,
    District of Nevada